BARRY H. SPITZER, State Bar #161525
LAW OFFICE OF BARRY H. SPITZER
980 9th Street, Suite 380
Sacramento, California 95814

Telephone: (916) 442-9002
Facsimile: (916) 442-9003

Attorneys for Chapter 7 Trustee
Michael Kasolas

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

JOHN R. MOE,

    Debtor.

CASE NO. 10-50027-A-7

D.C. NO. BHS-3

**MOTION FOR SALE OF ESTATE'S INTEREST IN REAL PROPERTY AND AUTHORITY TO PAY REALTOR'S COMMISSION**

DATE: May 6, 2013
TIME: 10:00 a.m.
DEPT: A; COURTROOM 28
Hon. Michael S. McManus

Michael Kasolas, duly appointed Chapter 7 Trustee (hereafter the "Trustee") in the above-captioned matter, through his counsel, Barry H. Spitzer, moves this Court for authority to sell bare real property commonly known as: Siccard Flat Road, Browns Valley, California; APN 005-310-012 ("Subject Property") pursuant to the provisions of 11 U.S.C. section 363(b) of the Bankruptcy Code "as-is" with existing liens and property tax arrears, if any, on the Subject Property being paid by the estate. The Trustee is not aware of any liens and property tax arrears on the Subject Property. The Subject Property is approximately 7.2 acres of bare land in Yuba County, California. In support of his Motion, the Trustee states the following:

    1. That the Debtor filed a Chapter 7 petition on November 12, 2010 and Movant was appointed as the Chapter 7 trustee of the estate of the above-named Debtor that day.

2. That the Debtor inherited the Subject Property along with Lila H. Petersen fka Lila H. Schoch and listed the fair market value of the entire Subject Property as $60,000.00. The Debtor did not exempt the Subject Property, as he used the 704 exemptions to protect a homestead. The Trustee is not aware of any liens or property tax arrears on the Subject Property. Lila H. Petersen has agreed to allow the Trustee to sell the entire Subject Property without the need for an Adversary Proceeding. Lila H. Petersen will receive 50% of the proceeds, less 50% of the Realtor's commission, plus approximately $270.00 in property taxes she paid on behalf of the Debtor on the Subject Property since the Debtor filed his petition.

3. The Trustee wishes to sell the Subject Property "as-is" to Merius Petruescu for $35,000.00, pursuant to the Vacant Land Purchase Agreement dated March 16, 2013 and Counter Offer #1, a copy of which is Exhibit "A." The Trustee believes it is in the best interest of the estate to sell the estate's interest in the Subject Property to Merius Petruescu for $35,000.00. The estate has received a $2,000.00 deposit from Merius Petruescu, which shall become non-refundable if he is the winning bidder.

4. The Trustee requests that the Court only approve overbids presented at the hearing that meet the following criteria:

(a) Overbidding shall start at $35,500.00, with the buyer paying all closing costs and also executing a Vacant Land Purchase Agreement, a copy of which is Exhibit "A." The overbids shall be in minimum $500.00 increments.

(b) To qualify as a bidder, the bidder must bring to Court or deliver to the Trustee prior to the hearing, if appearing telephonically, a Cashier's check or a certified check for $2,500.00. This Cashier's or certified check shall serve as a non-refundable deposit if the overbid is successful.

(c) The successful overbidder must deliver to the Trustee a Cashier's or certified check for the overbid amount within 48 hours of Court approval of the sale.

(d) Escrow to close within fifteen (15) days of Court approval.

5. The Trustee seeks authority to execute any and all additional conveyances,

MOTION FOR SALE OF ESTATE'S INTEREST IN REAL PROPERTY AND AUTHORITY TO PAY REALTOR'S COMMISSION

2

1  assignments, schedules and other documents as may be necessary to consummate this
2  sale. The Trustee seeks specific authority to pay Lila H. Petersen 50% of the proceeds
3  from the sale, less 50% of the Realtor's commission, plus approximately $270.00 in
4  property taxes she paid on behalf of the Debtor on the Subject Property since the Debtor
5  filed his petition. The Trustee also seeks specific authority to pay the Court-approved
6  Realtor a commission of ten percent (10%) of the total sales price through escrow.

7      6.   The Trustee further seeks a waiver of the fourteen day waiting period
8  imposed by Federal Rule of Bankruptcy Procedure, Rule 6004(h).

9      WHEREFORE, Michael Kasolas respectfully requests that he be authorized to sell
10 to Merius Petruescu "as-is" the estate's interest in the real property commonly known as
11 in the real property commonly known as: Siccard Flat Road, Browns Valley, California;
12 APN 005-310-012, Yuba County, California ("Subject Property"), with existing liens and
13 property tax arrears, if any, on the Subject Property being paid by the estate, pursuant to
14 the provisions of section 363(b) of the Bankruptcy Code; and authority to execute any and
15 all additional conveyances, assignments, schedules and other documents as may be
16 necessary to consummate this sale. The Trustee seeks specific authority to pay Lila H.
17 Petersen 50% of the proceeds from the sale, less 50% of the Realtor's commission, plus
18 approximately $270.00 in property taxes she paid on behalf of the Debtor on the Subject
19 Property since the Debtor filed his petition. The Trustee also seeks specific authority to
20 pay the Court-approved Realtor a commission of ten percent (10%) of the total sales price
21 through escrow. The Trustee further seeks a waiver of the fourteen day waiting period
22 imposed by Federal Rule of Bankruptcy Procedure, Rule 6004(h).

23                                        Respectfully submitted,
24 DATED: April 9, 2013               LAW OFFICE OF BARRY H. SPITZER
                                      By: /s/ Barry H. Spitzer
25                                        BARRY H. SPITZER
                                          Attorneys for Michael Kasolas,
26                                        Chapter 7 Trustee

27 Approved as to form and content.
   Date: April 9, 2013                /s/ Lila H. Petersen
28                                    Lila H. Petersen fka Lila H. Schoch

MOTION FOR SALE OF ESTATE'S INTEREST IN REAL PROPERTY AND AUTHORITY TO PAY REALTOR'S
COMMISSION                                     3

## VERIFICATION

I, Michael Kasolas, hereby declare:

1. I am the duly appointed Trustee in the above-entitled Estate.

2. I have personal knowledge of the facts stated herein and if called as a witness, I could and would testify competently thereto.

3. I believe it is in the best interest of the estate to sell "as-is" the Subject Property to Merius Petruescu for a sales price of $35,000.00. The proposed purchase price is the highest value the property will bring the estate. The sale will allow for the orderly liquidation of the estate.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on April 9, 2013 at  San Francisco , California.

_____
Michael Kasolas, Trustee